UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN REESE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC., AVANT, INC., DESERT SPRINGS HOSPITAL MEDICAL CENTER, EMERGENCY MEDICINE PHYSICIANS OF CLARK SAINT ROSE MCCOURT, PLLC, and PROVIDENCE MEDICAL CENTER,<br><br>        Defendants. | Case No. 17-cv-00388-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 27 |

The Court has received the parties' joint case management conference statement. On April 18, 2017, Plaintiff filed a notice that he had reached a settlement with Desert Springs Hospital Medical Center ("Desert Springs") and stated that he anticipated a dismissal would be filed within thirty (30) days. (Dkt. No. 26.) Plaintiff confirms that position in the joint case management conference statement, but he has not yet dismissed Desert Springs. (Dkt. No. 27, Joint Case Management Conference Statement at 10:26-27.)

The only other named defendants that remain in this case are Emergency Medicine Physicians of Clark Saint Rose McCourt, PLLC and Providence Medical Center (the "Unserved Defendants"). Plaintiff filed his Complaint on January 25, 2017, and he had until April 25, 2017 to serve the Unserved Defendants. Plaintiff has not filed a proof of service on the Unserved Defendants.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss the case as to the Unserved Defendants based on the failure to comply with Federal

Rule of Civil Procedure 4(m).  If Plaintiff has served either, or both, of the Unserved Defendants within the time period set forth in Rule 4(m), when he responds to this Order to Show Cause, he should file a proof of service.  If Plaintiff has not yet served the Unserved Defendants and seeks leave of court to extend the time in which he has to serve them, he must show good cause for his failure to comply with Rule 4(m).  Plaintiff's response to this Order to Show Cause shall be due by no later than May 15, 2017.

The Court CONTINUES the case management conference schedule for May 5, 2017 to June 16, 2017 at 11:00 a.m., and the parties' joint case management conference statement shall be due on June 9, 2017.  If Plaintiff has dismissed Desert Springs by that date, it will not be required to appear.

**IT IS SO ORDERED.**

Dated: May 1, 2017

_____
JEFFREY S. WHITE
United States District Judge